# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UMEKA LEWIS-PICCOLO, | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION H-16-2897 |
| CITY OF HOUSTON, *et al.*, | § § § | |
| *Defendants*. | § § | |

## ORDER

Pending before the court is the Magistrate Judge's Memorandum and Recommendation ("M&R"), recommending that (1) defendants City of Houston and Elizabeth E. Gonzalez's motion to dismiss (Dkt. 42) be GRANTED IN PART AND DENIED IN PART; (2) that defendant Maged Mohammed Abuzaid's (also known as David Reyes) motion to dismiss (Dkt. 43) be DENIED; and that (3) defendants' earlier motions to dismiss plaintiff's second amended complaint (Dkts. 20, 22) be DENIED AS MOOT. Dkt. 47. According to the M&R, the following claims remain: "Plaintiff's Section 1983 claim against Gonzalez and Plaintiff's claims for assault and IIED against Abuzaid." *Id.* at 25–26.

The M&R advises that any party wishing to object to the M&R must do so by June 15, 2017. *Id.* at 26. The court has received no objections. The court, having reviewed the M&R, relevant documents in the record, and the applicable law, and having received no objections, ADOPTS the M&R in its entirety.

For the reasons stated in the M&R, (1) defendants City of Houston and Gonzalez's motion to dismiss (Dkt. 42) is GRANTED IN PART AND DENIED IN PART; (2) Abuzaid's motion to dismiss (Dkt. 43) is DENIED; and (3) defendants' earlier motions to dismiss plaintiff's second amended complaint (Dkts. 20, 22) are DENIED AS MOOT.

It is so ORDERED.

Signed at Houston, Texas on June 19, 2017.

_____
Gray H. Miller
United States District Judge