UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UMEKA LEWIS-PICCOLO, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-02897 |
| | § | |
| CITY OF HOUSTON, *et al*, | § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this lawsuit has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this Order.

It is so **ORDERED**.

SIGNED on this 7th day of January, 2019.

Kenneth M. Hoyt
United States District Judge